# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

Case No. 6D2023-3366
Lower Tribunal No. 2019-CF-007626-A-O

———————————————

SHAMEEK ANDERSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

Appeal from the Circuit Court for Orange County.
Patricia L. Strowbridge, Judge.

July 23, 2024

PER CURIAM.

AFFIRMED.

WHITE and BROWNLEE, JJ., and LAMBERT, B.D., Associate Judge, concur.


Howard L. "Rex" Dimmig, II, Public Defender, and Gary R. Gossett, Jr., Special Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Bonnie Jean Parrish, Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED